IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| MARK PERKINS, #08971062 | § | |
| VS. | § | CIVIL ACTION NO. 5:05cv21 |
| WARDEN, F.C.I. | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Caroline M. Craven.  The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this petition and the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of Petitioner's motion to proceed *in forma pauperis*. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions.  The Court therefore

**ORDERS** that Petitioner's motions and writ of mandamus contained in Petitioner's application for writ of habeas corpus are **DENIED**;

**ORDERS**, **ADJUDGES**, and **DECREES** that the application for writ of habeas corpus is **DENIED** and this action is **DISMISSED WITH PREJUDICE**; and

**ORDERS** that all motions not previously ruled on are denied.

SIGNED this 15th day of November, 2005.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE